United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Daniel Schwarzer  
    Debtor

Case No. 22-12449-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: Mar 12, 2025      Form ID: pdf900      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Daniel Schwarzer, 132 Engletown Road, Honey Brook, PA 19344-9068 |
| 14721246 | + | Dan's Driveline, 132 Engletown Road, Honey Brook, PA 19344-9068 |
| 14721252 | + | Robert Hogan, 191 Cedar Knoll Road, Coatesville, PA 19320-1251 |
| 14721253 | + | Ryan Calef, Esq., 570 Stenton Avenue, Blue Bell, PA 19422-2154 |
| 14913401 | + | US Bank Trust National Association, c/o DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Mar 13 2025 01:35:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/Text: RASEBN@raslg.com | Mar 13 2025 01:34:00 | US Bank Trust National Association, Not In Its Ind, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Road, Suite 202, Fairfield, NJ 07004-2927 |
| 14721244 | | Email/Text: collectors@arresourcesinc.com | Mar 13 2025 01:34:00 | AR Resources, Inc., Attn: Bankruptcy, Po Box 1056, Blue Bell, PA 19422 |
| 14725134 | + | Email/Text: documentfiling@lciinc.com | Mar 13 2025 01:34:00 | COMCAST, PO BOX 1931, Burlingame, CA 94011-1931 |
| 14721245 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 01:32:25 | Cach LLC, 4340 S Monaco Street, 2nd Floor, Denver, CO 80237-3485 |
| 14728446 | | Email/Text: mrdiscen@discover.com | Mar 13 2025 01:34:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14721247 | + | Email/Text: mrdiscen@discover.com | Mar 13 2025 01:34:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14723502 | | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 01:16:42 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14721248 | | Email/Text: amps@manleydeas.com | Mar 13 2025 01:34:00 | Manley Deas Kochalski LLC, PO Box 165028, Columbus, OH 43216-5028 |
| 14721249 | | Email/Text: bankruptcygroup@peco-energy.com | Mar 13 2025 01:34:00 | PECO, PO Box 37629, Philadelphia, PA 19101-0629 |
| 14734525 | + | Email/Text: bankruptcygroup@peco-energy.com | Mar 13 2025 01:34:00 | PECO, 2301 Market Street, 04 NW, Philadelphia, PA 19103-1380 |
| 14721250 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Mar 13 2025 01:35:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14721251 | + | Email/PDF: resurgentbknotifications@resurgent.com | Mar 13 2025 01:16:42 | Resurgent Capital Services, Attn: Bankruptcy, Po |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Mar 12, 2025 | Form ID: pdf900 | Total Noticed: 24 |

| | | | | |
|---|---|---|---|---|
| | | | | Box 10497, Greenville, SC 29603-0497 |
| 14721255 | | Email/Text: bankruptcy@springoakscapital.com | Mar 13 2025 01:34:00 | Spring Oaks Capital, Llc, Attn: Bankruptcy, P.O. Box 1216, Chesapeake, VA 23327 |
| 14721256 | + | Email/Text: bankruptcy@sw-credit.com | Mar 13 2025 01:35:00 | SWC Group, 4120 International Parkway #100, Carrollton, TX 75007-1957 |
| 14721254 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 13 2025 01:34:00 | Shellpoint Mortgage Servicing, Attn: Bankruptcy, Po Box 10826, Greenville, SC 29603-0826 |
| 14721857 | + | Email/Text: RASEBN@raslg.com | Mar 13 2025 01:34:00 | US Bank Trust National Association, c/o Charles Wohlrab, Esq., 130 Clinton Road, Suite 202, Fairfield NJ 07004-2927 |
| 14737181 | + | Email/Text: mtgbk@shellpointmtg.com | Mar 13 2025 01:34:00 | US Bank Trust National Association, c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 14913287 | ^ | MEBN | Mar 13 2025 00:33:06 | US Bank Trust National Association, as trustee, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |

TOTAL: 19

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 14, 2025    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Daniel Schwarzer CourtNotices@rqplaw.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHELLE L. MCGOWAN | on behalf of Creditor US Bank Trust National Association  Not In Its Individual Capacity But Solely As Owner Trustee For |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 12, 2025 | Form ID: pdf900 | Total Noticed: 24 |

VRMTG Asset Trust   mimcgowan@raslg.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>　　　DANIEL SCHWARZER<br><br>　　　　　　　Debtor | Chapter 13<br><br>Bankruptcy No. 22-12449-AMC |

### ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: March 12, 2025**

_____
Honorable Chief Judge Ashely M. Chan
Bankruptcy Judge