**IN THE UNITED STATES BANKRUPTY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:

                Chapter 13

WILSON SANTIAGO, JR.

Debtor                 Case No.:  19-16046

**CERTIFICATE OF NO RESPONSE**

I, ASHLEY M. SULLIVAN, ESQUIRE, attorney for Debtor, Wilson Santiago, Jr., hereby certify that as of June 9, 2022, I have not received any response or objection to the Motion to Modify Chapter 13 Plan Post-Petition, filed on behalf of the Debtor on May 19, 2022.

Date: June 9, 2022

                BY:/s/ Ashley M. Sullivan
                ASHLEY M. SULLIVAN, EQUIRE
                SPEAR WILDERMAN, P.C.
                230 S. Broad Street, 14th Floor
                Philadelphia, PA  19102
                (215) 732-0101
                (215) 7342-7790 (fax)
                asullivan@spearwilderman.com
                Attorney for Debtor