WILLIG, WILLIAMS & DAVIDSON
**BY: JONATHAN KRINICK, ESQUIRE**        Attorney for Debtor
Identification No. 46350
1845 Walnut Street, 24th Floor
Philadelphia, PA 19103
(215) 814-9227

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

LEON D. CHAMBERS,

Bankruptcy No. 19-14923-mdc

Debtor(s)

### WITHDRAWAL OF APPEARANCE

Kindly withdraw the appearance of JONATHAN KRINICK, ESQ. of WILLIG, WILLIAMS & DAVIDSON as counsel for the Debtor in the above-captioned matter.

Respectfully submitted,

/s/ Jonathan Krinick
JONATHAN KRINICK, ESQ.

### ENTRY OF APPEARANCE

Kindly enter the appearance of  Ashley M. Sullivan
of SPEAR WILDERMAN, P.C. as counsel for the Debtor in the above-captioned matter.

Respectfully submitted,

SPEAR WILDERMAN

BY:/s/ Ashley M. Sullivan